R. Lance Belsome (SBN 119482)
LAW OFFICES OF R. LANCE BELSOME
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone  (310) 274-7272
Telecopier  (310) 274-7878
Email: rlb@dominantpath.com

Mark Ravis, M.D., J.D. (SBN 137479)
LAW OFFICE OF MARK RAVIS
7510 W. Sunset Boulevard, Suite 559
Los Angeles, California 90046
Telephone  (310) 889-5324
Telecopier  (310) 388-5251
Email: mravis99@gmail.com

Attorneys for Plaintiff
PHILIP M. LEDERER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PHILIP M. LEDERER, | CASE NO. C-08-04689 SC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE SUBSTITUTION OF ATTORNEYS** |
| vs. | |
| SANDOZ PHARMACEUTICALS CORPORATION, New Jersey Corporation; EON LABORATORIES; and DOES 1 to 10, inclusive, | |
| Defendants. | |

///

///

///

///

///

///

///

1

**STIPULATION AND ORDER RE SUBSTITUTION OF ATTORNEY**
C-08-04689 SC

179strb.a0b.wpd

The parties to this action hereby stipulate that R. Lance Belsome and the Law Office of R. Lance Belsome and Mark Ravis, M.D., J.D. and the Law Office of Mark Ravis may be and hereby are substituted as counsel of record for plaintiff PHILIP M. LEDERER instead of Karen Travis and Khorrami, Pollard & Abir LLP. The executed Substitution of Attorney is attached hereto as Exhibit "A".

DATED: May 19, 2009     LAW OFFICES OF R. LANCE BELSOME

By: _____
R. Lance Belsome
Attorneys for Plaintiff
PHILIP M. LEDERER

DATED: May 19, 2009     LAW OFFICE OF MARK RAVIS

By: _____
MARK RAVIS, M.D., J.D.

DATED: May 20, 2009     REED SMITH LLP

By: _____
Steven J. Boranian
Alison B. Riddell
Attorneys for Defendants
SANDOZ, INC. (Erroneously sued as Sandoz Pharmaceuticals Corporation) and EON LABS, INC. (Erroneously sued as Eon Laboratories)

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 21, 2009

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED.
Judge Samuel Conti

2

179strb.a0b.wpd

**STIPULATION AND ORDER RE SUBSTITUTION OF ATTORNEY**
C-08-04689 SC

R. Lance Belsome (SBN 119482)
LAW OFFICE OF R. LANCE BELSOME
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone  (310) 274-7272
Telecopier  (310) 274-7878
Email: **rlb@dominantpath.com**

Mark Ravis, M.D., J.D. (SBN 137479)
LAW OFFICE OF MARK RAVIS
7510 W. Sunset Boulevard, Suite 559
Los Angeles, California 90046
Telephone  (310) 889-5324
Telecopier  (310) 388-5251
Email: **mravis99@gmail.com**

Attorneys for Plaintiff
PHILIP M. LEDERER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP M. LEDERER,<br><br>    Plaintiff,<br><br>vs.<br><br>SANDOZ PHARMACEUTICALS CORPORATION, New Jersey Corporation; EON LABORATORIES; and DOES 1 to 10, inclusive,<br><br>    Defendants. | CASE NO. C-08-04689 SC<br><br>**SUBSTITUTION OF ATTORNEY** |

///

///

///

///

///

///

///

**EXHIBIT A**

1

**SUBSTITUTION OF ATTORNEY**
C-08-04689 SC

Plaintiff PHILIP M. LEDERER hereby substitutes R. Lance Belsome and the Law Office of R. Lance Belsome and Mark Ravis, M.D., J.D. and the Law Office of Mark Ravis in the place of Karen Travis and Khorrami, Pollard & Abir LLP as his counsel of record.

DATED: May 19, 2009          **PLAINTIFF PHILIP M. LEDERER**

By: _____
    PHILIP M. LEDERER

We accept the representation.

DATED: May 19, 2009          **LAW OFFICE OF R. LANCE BELSOME**

By: _____
    R. LANCE BELSOME

DATED: May 19, 2009          **LAW OFFICE OF MARK RAVIS**

By: _____
    MARK RAVIS, M.D., J.D.

We consent to the above substitution and hereby withdraw from such representation.

DATED: May ____, 2009          **KHORRAMI, POLLARD & ABIR LLP**

By: _____
    DYLAN F. POLLARD

2

SUBSTITUTION OF ATTORNEY
C-08-04689 SC

Plaintiff PHILIP M. LEDERER hereby substitutes R. Lance Belsome and the Law Office of R. Lance Belsome and Mark Ravis, M.D., J.D. and the Law Office of Mark Ravis in the place of Karen Travis and Khorrami, Pollard & Abir LLP as his counsel of record.

DATED: May 19, 2009          **PLAINTIFF PHILIP M. LEDERER**

By: _____
    PHILIP M. LEDERER

We accept the representation.

DATED: May 19, 2009          **LAW OFFICE OF R. LANCE BELSOME**

By: _____
    R. LANCE BELSOME

DATED: May 19, 2009          **LAW OFFICE OF MARK RAVIS**

By: _____
    MARK RAVIS, M.D., J.D.

We consent to the above substitution and hereby withdraw from such representation.

DATED: May ____, 2009          **KHORRAMI, POLLARD & ABIR LLP**

By: _____
    DYLAN F. POLLARD

1  Plaintiff PHILIP M. LEDERER hereby substitutes R. Lance Belsome and the Law
2  Office of R. Lance Belsome and Mark Ravis, M.D., J.D. and the Law Office of Mark
3  Ravis in the place of Karen Travis and Khorrami, Pollard & Abir LLP as his counsel of
4  record.

DATED: May _____, 2009    **PLAINTIFF PHILIP M. LEDERER**

By: _____
    PHILIP M. LEDERER

We accept the representation.

DATED: May 19, 2009    **LAW OFFICE OF R. LANCE BELSOME**

By: _____
    R. LANCE BELSOME

DATED: May 19, 2009    **LAW OFFICE OF MARK RAVIS**

By: _____
    MARK RAVIS, M.D., J.D.

We consent to the above substitution and hereby withdraw from such representation.

DATED: May 19, 2009    **KHORRAMI, POLLARD & ABIR LLP**

By: _____
    DYLAN E. POLLARD

2

179scrb.a0b.wpd

**SUBSTITUTION OF ATTORNEY**
C-08-04689 SC