1

2  R. Lance Belsome (SBN 119482)
   LAW OFFICES OF R. LANCE BELSOME
3  8200 Wilshire Boulevard, Suite 400
   Beverly Hills, California 90211
4  Telephone (310) 274-7272
   Telecopier (310) 274-7878
5  Email: rlb@dominantpath.com

6  Attorney for Plaintiff Philip M. Lederer

7  Steven J. Boranian (SBN 174183)
   Alison B. Riddell (SBN 246120)
8  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
9  San Francisco, CA  94111-3922
   Telephone:    415.543.8700
10 Facsimile:    415.391.8269
   Email: sboranian@reedsmith.com
11 ariddell@reedsmith.com

12 Attorneys for Defendants
   Sandoz Inc. (erroneously sued as Sandoz
13 Pharmaceuticals Corporation)
   and Eon Labs, Inc. (erroneously sued as Eon
14 Laboratories)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP M. LEDERER | CASE NO. C-08-04689 SC |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| SANDOZ PHARMACEUTICALS CORPORATION, New Jersey Corporation; EON LABORATORIES; and DOES 1 to 10, inclusive, | |
| Defendants. | |

It is hereby stipulated by and between the parties, by and through their undersigned attorneys, that pursuant to Fed. R. Civ. P. 41(a)(1)(ii) Plaintiff's Complaint shall be dismissed with prejudice. Each party shall bear its own costs, fees and expenses, including attorneys' fees, in connection with this voluntary dismissal. An Order of dismissal with prejudice may be entered hereon pursuant hereto without further notice.

DATED: July 2, 2009

LAW OFFICES OF R. LANCE BELSOME

By _____
R. Lance Belsome
Attorneys for Plaintiff
Philip M. Lederer

DATED: July 14, 2009

REED SMITH LLP

By _____
Steven J. Boranian
Alison B. Riddell
Attorneys for Defendants
Sandoz Inc. (erroneously sued as Sandoz Pharmaceuticals Corporation and
Eon Labs, Inc. (erroneously sued as Eon Laboratories)

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

DATED:   7/14/2009



IT IS SO ORDERED
Judge Samuel Conti

– 2 –